CATHARINE A. RICHMOND (SBN 301184)
Assistant United States Attorney
United States Attorney's Office, CDCA
312 N. Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CR 25-40-HDV |
| v. | |
| ROHAN RANE, ET AL. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Under Seal Documents

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 8, 2025
Date

CATHARINE A. RICHMOND
Attorney Name
UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)     **NOTICE OF MANUAL FILING OR LODGING**