Kellye Ng (Cal. Bar No. 313051)
Assistant United States Attorney
United States Attorney's Office
312 North Spring Street, 13th Floor
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

PLAINTIFF(S)

v.

ROHAN SANDEEP RANE, et al.

DEFENDANT(S).

CASE NUMBER:

CR 25-40-HDV

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Sealing Application, Proposed Sealing Order, Under Seal Documents

**Reason:**

- ☑ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☐ Other:

November 17, 2026
Date

Kellye Ng
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*